# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| Delia De Santiago Lizama, Michelle Olsen, on behalf of themselves and all others similarly situated | ) ) ) | |
|     Plaintiff(s), | ) ) | |
|     vs. | ) | Case No. |
| Venus Laboratories, Inc., dba Earth Friendly Products, Inc. | ) ) ) | |
|     Defendant(s). | ) ) | |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS
## CERTIFICATE

Pursuant to Local Rule 3-2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Federal Rule of Civil Procedure 7.1, Counsel of record for <u>Plaintiffs</u> hereby discloses the following organizational interests:

1.     If the subject organization is a corporation,

        a.     Its parent companies or corporations (if none, state "none"):
            None

        b.     Its subsidiaries not wholly owned by the subject corporation (if none, state "none"):
            None.

        c.     Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock (if none, state "none"):
            None.

2.     If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship:

Signature (Counsel for Plaintiff/Defendant)
Print Name: Daniel J. Orlowsky
Address: 7777 Bonhomme, Ste. 1910
City/State/Zip: Clayton, MO 63105
Phone: 314.725.5151

### Certificate of Service

I hereby certify that a true copy of the foregoing Disclosure of Organizational Interests Certificate was served (by mail, by hand delivery, or by electronic notice) on all parties on:
August , 20 22 .

Signature