# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| DELIA DE SANTIAGO LIZAMA, ) | |
| on behalf of herself and ) | |
| all others similarly situated, ) | |
| ) | |
| Plaintiffs, ) | Case No. 4:22-cv-00841 SRC |
| ) | |
| vs. ) | |
| ) | |
| VENUS LABORATORIES, INC., dba ) | |
| EARTH FRIENDLY PRODUCTS, INC. ) | |
| ) | |
| Defendant. ) | |

## **NOTICE OF SETTLEMENT**

COMES NOW the Plaintiff and hereby notifies the court that the above-captioned matter has been resolved by the parties.

Per Court protocol, the Plaintiff intends to file a Notice of Dismissal within thirty (30) days from the date of this Notice.

Respectfully submitted,

GOFFSTEIN LAW, LLC

/s/Adam M. Goffstein
Adam M. Goffstein, #MO45611
7777 Bonhomme Avenue, Suite 1910
Clayton, Missouri  63105
Phone:  (314) 725-5151
Facsimile:  (314) 455-7278
Adam@goffsteinlaw.com

Attorney for Plaintiff

ORLOWSKY LAW, LLC

/s/Daniel J. Orlowsky
Daniel J. Orlowsky, #MO57387
7777 Bonhomme Avenue, Suite 1910
Clayton, Missouri 63105
Phone: (314) 725-5151
Facsimile (314) 455-7375
Dan@orlowskylaw.com

Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of August, 2024, the foregoing was served electronically to attorneys as follows:

Christopher R. Wray
Brent Dwerlkotte
SHOOK, HARDY & BACON, LLP
cwray@shb.com
bdwerlkotte@shb.com

Naoki Kaneko (Pro Hac Vice)
Eva Weiler (Pro Hac Vice)
SHOOK, HARD & BACON, LLP
nkaneko@shb.com
eweiler@shb.com

Attorneys for Defendant

/s/Adam M. Goffstein