UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DELIA DE SANTIAGO LIZAMA, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>VENUS LABORATORIES, INC., d/b/a EARTH FRIENDLY PRODUCTS, INC.,<br><br>        Defendant. | Case No. 4:22-cv-00841-SRC |

### Order of Voluntary Dismissal

Before the Court is the parties' stipulated dismissal. Doc. 73. On August 9, 2024, the parties notified the Court that they had resolved this case. Doc. 69. The Court set a deadline of September 11, 2024, for the parties to submit either a motion for approval of a class-wide settlement, or, if the settlement resolved only the dispute between the named parties, file a stipulation of dismissal, motion to dismiss, or consent judgment. Doc. 70. After the parties' filed a timely stipulated dismissal with prejudice, doc. 71, the Court issued a docket text order requiring the parties to file an amended stipulation of dismissal and clarify whether the settlement resolves only the dispute between the named parties or affects the interests of any members of the putative class, doc. 72. The parties timely complied. *See* doc. 73. Thus, the parties stipulate to dismiss Lizama's individual claims against Venus Laboratories with prejudice and dismiss the claims of the putative class without prejudice. *Id.*

According to the parties' [73] stipulated dismissal, the Court dismisses (1) Lizama's individual claims against Venus Laboratories with prejudice and (2) the claims of the putative class without prejudice.

So ordered this 18th day of September 2024.

*SL R. Cl*
_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE